## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | | |
|---|---|---|
| **BAYER HEALTHCARE LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.: _8:04-CV-1250-T-26TGW_ |
| | ) | |
| **DEB'S CRITTER SITTER OF ST. PETERSBURG, INC. D/B/A DEB'S CRITTER SITTER OF ST. PETERSBURG, DEBBIE'S CRITTER SITTER OF ST. PETERSBURG, PETSITTERS.COM, AND 2EBAY.COM** | ) ) ) ) ) ) ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **DEBBIE SHANKLIN** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **JIM SHANKLIN, D/B/A DEB'S CRITTER SITTER OF ST. PETERSBURG** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

## COMPLAINT

Plaintiff Bayer HealthCare LLC sues Deb's Critter Sitter of St. Petersburg, Inc. d/b/a Deb's Critter Sitter of St. Petersburg, Debbie's Critter Sitter of St. Petersburg, Petsitters.com, 2ebay.com, Debbie Shanklin, and Jim Shanklin d/b/a Deb's Critter Sitter of St. Petersburg, and alleges as follows:

### JURISDICTION AND VENUE

1.    This Court has jurisdiction over this matter because: (1) this is an action arising under the Trademark Act of 1946, as amended, 15 U.S.C. Section 1051, et seq. (the Lanham Act), jurisdiction being conferred in accordance with 15 U.S.C. Section 1121 and 28 U.S.C.

Section 1338(a) and (b); and (2) this is a civil action between citizens of different states in which the value of the amount in controversy exceeds seventy-five thousand dollars ($75,000.00), exclusive of interest and costs, jurisdiction being conferred in accordance with 28 U.S.C. Section 1332.

2.    Venue is proper in this Court under 28 U.S.C. Section 1391(b) because Defendants reside in this district and a substantial part of the events or omissions giving rise to the claims occurred in this district.

## PARTIES

3.    Plaintiff Bayer HealthCare LLC ("Bayer HealthCare"), a Delaware limited liability company with its animal health business located in Kansas, is a wholly-owned subsidiary of Bayer Corporation, an Indiana Corporation. Bayer Corporation is a wholly owned subsidiary of Bayer AG, an entity formed under the laws of, and based in, Germany. Bayer HealthCare, Bayer Corporation, and Bayer AG are collectively referred to herein as "Bayer".

4.    On information and belief, Defendant Deb's Critter Sitter of St. Petersburg, Inc. is a Florida corporation with its principal place of business in St. Petersburg, Florida. On information and belief Defendant Deb's Critter Sitter of St. Petersburg, Inc. also does business as "Deb's Critter Sitter of St. Petersburg," "Debbie's Critter Sitter of St. Petersburg," "crittersitters.com" and "2ebay.com."

5.    On information and belief, Defendant Debbie Shanklin is a resident of Florida who is an owner and/or officer of Deb's Critter Sitters of St. Petersburg, Inc. Debbie Shanklin is

listed as the President and sole director of Deb's Critter Sitters of St. Petersburg, Inc. on the Florida Department of State database.[1]

6.      On information and belief, Defendant Jim Shanklin is an individual and resident of Florida who is an owner or officer of Deb's Critter Sitters of St. Petersburg, Inc.   Jim Shanklin, Debbie Shanklin and Deb's Critter Sitters of St. Petersburg, Inc. are hereinafter collectively referred to as "Defendants."

7.      On information and belief, Defendants own and operate a retail pet sitting service in St. Petersburg, Florida, which also offers for sale pet-related products.  On information and belief, Defendants own and operate two Internet websites, domain names www.petsitters.com and www.2ebay.com (the "Websites"), which offer pet-related products for sale nationally.

8.      Jim Shanklin is listed as the registered agent of Deb's Critter Sitters of St. Petersburg, Inc. on the Florida Department of State database and appears to run the Websites.

## FACTS

## INTRODUCTION

9.      Bayer HealthCare is engaged, solely within the United States, in the marketing of animal flea control preparations, among other goods, that are manufactured by Bayer AG.

10.     Bayer AG tailors the labeling of its animal flea control preparations bearing the mark ADVANTAGE ("ADVANTAGE products") to suit the different requirements of specific geographic regions or countries.

---

[1]     Statements by Defendant Jim Shanklin on his petsitters.com website indicate that Debbie Shanklin is his dog.  However, he has identified her as President and Director of Deb's Critter Sitters of St. Petersburg, Inc. to the Florida Department of State.  If discovery shows Debbie Shanklin to be a dog, this Complaint will be amended to remove Debbie Shanklin as a party.

11.     Since long prior to the acts of Defendants complained of herein, Bayer HealthCare and its predecessors have made continuous use of the mark ADVANTAGE ("ADVANTAGE mark") in the United States in connection with the advertising and sale of ADVANTAGE products and related services.

12.     Bayer HealthCare markets the ADVANTAGE products through its Animal Health business located in Shawnee, Kansas.

13.     Bayer HealthCare is the owner of, among other things, the following federal registrations issued by the United States Patent and Trademark Office for the ADVANTAGE mark used in connection with its ADVANTAGE products and services:

| MARK | REG. NO. | REG. DATE | GOODS/SERVICES |
|------|----------|-----------|----------------|
| ADVANTAGE | 2,044,733 | March 11, 1997 | Flea control preparation for dogs and cats |
| ADVANTAGE ADVISORY | 2,474,534 | July 31, 2001 | Computer services, namely, providing an electronic mail newsletter in the field of pet care, veterinary medicine and veterinary technology |

Registration No. 2,044,733 is incontestable in accordance with 15 U.S.C. § 1064 and constitutes conclusive evidence of the validity of this mark, the registration of the mark, and of Bayer HealthCare's ownership of, and exclusive right to use this mark in commerce in accordance with 15 U.S.C. §§ 1057(b) and 1115(b); and Registration No. 2,474,534 constitutes *prima facie* evidence of the validity and registration of the ADVANTAGE ADVISORY mark, as well as

4

Bayer HealthCare's ownership of, and exclusive right to use this mark in commerce pursuant to 15 U.S.C. § 1057(b).

14.     Bayer HealthCare and its predecessors have sold tens of millions of dollars worth of flea control preparations under the ADVANTAGE mark throughout the United States and have expended tens of millions of dollars to advertise and promote the ADVANTAGE products and the ADVANTAGE mark.

15.     As a consequence of the extensive sales under, and advertising, promotion, and use of the ADVANTAGE mark, Bayer has developed enormous recognition for its animal flea control preparations under the ADVANTAGE mark and has acquired and enjoys an immensely valuable reputation and tremendous goodwill under the mark.  The ADVANTAGE mark is world renowned, and is a "famous" mark for purposes of 15 U.S.C. Section 1125(c)(1).

16.     Bayer AG appoints distributors or agents for specific geographic regions, including the region of the United Kingdom and Ireland, and for specific countries, such as the United States and Australia, in order to maintain the quality associated with ADVANTAGE products within each particular region or country.

17.     The ADVANTAGE products sold in the region incorporating the United Kingdom and Ireland and the country Australia are not authorized or intended for exportation out of these regions and countries, or for importation into, or sale or distribution in, the United States.

18.     In the United States, Bayer HealthCare sells the ADVANTAGE products only to authorized and licensed veterinarians for resale to their pet owner clients.

19.     Bayer HealthCare offers these authorized veterinarians information and training on the safe and appropriate use of the ADVANTAGE products.

20.    Although Bayer does operate a website at the domain name *nofleas.com* that advertises the ADVANTAGE products and provides useful dosage and safety information, Bayer does not sell the ADVANTAGE products through the Internet.

## DEFENDANTS' UNLAWFUL ACTIONS

21.    Defendants are advertising and selling within the United States, and within this District, animal flea control preparations bearing the ADVANTAGE mark, which are manufactured by Bayer AG for sale and use exclusively outside of the United States, namely in the United Kingdom and Ireland and Australia (the "Foreign Product"). As more thoroughly discussed below, the Foreign Product is not appropriate for sale or use in the United States because it has been diverted from authorized channels of distribution.

22.    Upon information and belief, Defendants do not employ licensed veterinarians, and sell the Foreign Product directly to consumers without offering a consultation with a veterinarian concerning the consumers' safe use of these products on the dog or cat in question.

23.    Upon information and belief, Defendants own and operate Internet websites located at the domains www.petsitters.com and www.2ebay.com that are accessible in this District and throughout the United States, which they use to advertise and sell the Foreign Product to consumers throughout the United States. *See* **Exhibit A**.

24.    Defendants provide an Internet order form on the Websites to allow consumers anywhere in the United States or abroad to order and purchase the Foreign Product.

25.    Defendants arrange the shipping of the Foreign Product purchased by consumers to anywhere in the United States or abroad.

26.    Defendants offer for sale "repackaged" Foreign Product, which has been removed from its Bayer-approved packaging. With respect to the repackaged ADVANTAGE, Defendants

advise consumers on their Websites that "We just have done the pre measuring for you so you are assured the correct dose for your pets. The medication comes to you in sterile small disposable medication dispensers that make application a breeze. These kits are made just before shipping and we guarantee the product.... Please note this is not factory packaged...." *See* **Exhibit A**.

27.     Without authorization from Bayer, Defendant has made prominent use of the ADVANTAGE mark on their www.petsitters.com and www.2ebay.com websites, including the unauthorized portrayal of the distinctive packaging of the ADVANTAGE products on such web pages.

28.     On their www.petsitters.com and www.2ebay.com websites, Defendants admit that some of the Foreign Product they sell is intended for the Australia market: "We have access to both USA labeled product and product labeled for sale in Australia. Like most drugs sold outside of the USA the products made for Australia cost less.... Our suppliers assure us that all products are legitimate and if they have been imported from Australia they have passed through customs who has very strict requirements on EPA registered insecticides." *See* **Exhibit A**.  On the Websites, Jim Shanklin has stated that he sells ADVANTAGE packaged for overseas use "almost all of the time."  He also states that, while he could sell ADVANTAGE packaged for sale in the United States, he did not plan on doing so until he was "forced." *See* **Exhibit A**.

29.     On their www.petsitters.com and www.2ebay.com websites, Defendants have also made disparaging comments about Bayer, its business practices and its ADVANTAGE product.

30.     The Foreign Product sold by Defendants within the United States is materially different from the authorized ADVANTAGE products distributed and sold by Bayer HealthCare in the United States, including the following differences:

a.    the Foreign Product has not been registered with the United States Environmental Protection Agency ("EPA"), and, therefore, it constitutes an unregistered pesticide in violation of the Federal Insecticide, Fungicide and Rodenticide Act ("FIFRA") sections 12(a)(1)(A), 7 U.S.C. § 136j(a)(1)(A);

b.    the Foreign Product lacks the required warning and precaution statements but includes EPA registration numbers for ADVANTAGE products being marketed by Bayer in the United States, and therefore, it constitutes an adulterated or misbranded pesticide in violation of FIFRA section 12(a)(1)(E), 7 U.S.C. § 136j(a)(1)(E);

c.    Defendants' sale of the Foreign Product constitutes an unlawful sale of a pesticide with different claims than those approved by the EPA and is in violation of FIFRA section 12(a)(1), 7 U.S.C. § 136j(a)(1);

d.    Defendants' repackaging of the Foreign Product constitutes unlawful alteration, or destruction of required pesticide labeling and is in violation of FIFRA Section 12(2)(A), 7 U.S.C. Section 136(2)(A);

e.    Defendants' sale of the Foreign Product harms consumers by undermining the EPA's ability, through FIFRA's requirements, to provide consumers with appropriate health and safety guidelines for the use of pesticides sold in the United States;

f.    the Foreign Product is sold "over-the-counter" by Defendants, which does not permit veterinarians the opportunity to correctly prescribe dosages based on a personal evaluation of the dog or cat and may lead to a potential health risk to the pets;

g.    the Foreign Product does not provide any emergency or customer service telephone numbers;

h.     there are different instructional pamphlets enclosed in the Foreign Product that, among other things, contain different statements from those in the authorized product sold in the United States;

i.     the Foreign Product does not inform consumers of, or allow them to participate in, Bayer HealthCare's promotions meant for authorized ADVANTAGE products sold in the United States;

j.     the Foreign Product is not subject to Bayer HealthCare's quality control procedures for shipment and storage of the ADVANTAGE products and therefore is subject to damage;

k.     the Foreign Product uses metric measurements (*e.g.* kilograms), for dosage instructions, pet weight and other matters of consumer usage and pet safety as opposed to the United States system of measurement (*e.g.* pounds);

l.     the Foreign Product is not subject to the labeling, marketing or advertising plans and procedures followed by Bayer HealthCare in the United States;

m.     on information and belief, the Foreign Product has removable, unauthorized labels affixed to its packaging;

n.     the Foreign Product identifies a foreign office location for Bayer AG instead of Bayer HealthCare's location in Shawnee, Kansas;

o.     the Foreign Product bears different spellings for certain words based on regional language differences; and,

p.     the Foreign Product is not sold pursuant to the same limitations of liability and warranty provisions as ADVANTAGE products legitimately sold in the United States.

31.     Bayer has not authorized or consented to Defendants' importation of the Foreign Product into, or marketing or sale of the Foreign Product within, the United States, nor to Defendants' use of the ADVANTAGE mark.

32.     On April 22, 2004, Bayer HealthCare demanded that Defendants cease and desist selling diverted ADVANTAGE and gave Defendants thirty (30) days to comply.  Defendants continue to advertise and sell Foreign Product in their retail pet store and via the Internet.  Jim Shanklin has posted on the Websites his intention not to comply with Bayer HealthCare's cease and desist demands in his lifetime.  *See* **Exhibit A**.

## COUNT I
## TRADEMARK INFRINGEMENT FOR THE UNAUTHORIZED SALE OF GRAY MARKET PRODUCTS IN VIOLATION OF SECTION 32 OF THE LANHAM ACT

33.     Bayer HealthCare re-alleges Paragraphs 1 through 32, as if fully set forth herein.

34.     Defendants either had actual notice and knowledge, or had constructive notice, of Bayer HealthCare's ownership and registrations of the ADVANTAGE mark pursuant to 15 U.S.C. Section 1072 prior to Defendants' adoption and use of the ADVANTAGE mark.

35.     Upon information and belief, Defendants were aware of Bayer HealthCare's business and its ADVANTAGE mark and registrations prior to the adoption and use of the ADVANTAGE mark in connection with the advertising, marketing, distribution, or sale of Defendants' products under the ADVANTAGE mark.

36.     Defendants' acts have caused or are likely to cause confusion, mistake or deception as to the source of origin, sponsorship or approval of the Foreign Product in that consumers and others in this District and elsewhere in the United States are likely to believe that Bayer HealthCare authorizes Defendants' marketing, distribution and sale of the Foreign Product

in the United States or that Defendants are otherwise associated with or related to Bayer HealthCare.

37.    On information and belief, Defendants' acts have injured or are likely to injure Bayer HealthCare's image and reputation with consumers in this District and elsewhere in the United States by creating dissatisfaction with Bayer HealthCare's ADVANTAGE products.

38.    On information and belief, Defendants' acts have injured or are likely to injure Bayer HealthCare's business reputation and relations with veterinarians and their clients in this District and elsewhere in the United States by causing customer dissatisfaction, a diminution of the value of the goodwill association with the ADVANTAGE mark, and a loss of sales.

39.    On information and belief, Defendants' sale in this District and elsewhere in the U.S. of the Foreign Product is a deliberate, intentional and willful attempt to injure Bayer HealthCare's business, to trade on Bayer HealthCare's business reputation, to improperly benefit from Bayer HealthCare's advertising expenditures in the United States, to confuse or deceive consumers and to interfere with Bayer HealthCare's business relationships with its veterinarians and their clients in this District and elsewhere in the United States.

40.    Defendants' unauthorized use of the ADVANTAGE mark in connection with the advertising, marketing, distribution, or sale of its products allows, and will continue to allow, Defendants to receive the benefit of the goodwill established at great labor and expense by Bayer and to gain acceptance of Defendants' products, not based on the merits of those products, but on Bayer's reputation and goodwill.

41.    Defendants' unauthorized use of the ADVANTAGE mark in connection with advertising, marketing, distribution, or sale of its products deprives Bayer of the ability to control the consumer perception of the quality of the products marketed under the ADVANTAGE mark,

and places Bayer's valuable reputation and goodwill in the hands of Defendants, over whom Bayer has no control.

42.     The aforementioned activities of Defendants have caused confusion and are likely to cause further confusion, or to cause mistake, or to deceive consumers or potential consumers wishing to purchase Bayer's products.

43.     The intentional nature of the aforementioned acts of Defendants makes this an exceptional case pursuant to 15 U.S.C. Section 1117(a).

44.     Defendants' acts constitute an infringement of Bayer HealthCare's rights in the ADVANTAGE mark through the sale of the Foreign Product in violation of Section 32 of the Lanham Act, 15 U.S.C. Section 1114.

45.     Defendants' acts irreparably damage Bayer HealthCare and will continue to so damage Bayer HealthCare unless restrained by this Court; wherefore, Bayer HealthCare is without an adequate remedy at law.

WHEREFORE, Plaintiff Bayer HealthCare prays for judgment in its favor and against Defendants on Count I of it Complaint, for its actual damages, for injunctive relief, for its attorneys' fees, and for such other and further relief as this Court deems just and equitable in the circumstances.

## COUNT II
## UNFAIR COMPETITION FROM THE UNAUTHORIZED SALE OF GRAY MARKET PRODUCTS IN VIOLATION OF SECTION 43(A) OF THE LANHAM ACT

46.     Bayer HealthCare re-alleges Paragraphs 1 through 32, as if fully set forth herein.

47.     Defendants' aforesaid sale of gray market Foreign Product constitutes unfair competition with Bayer HealthCare in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

48.     Defendants' acts irreparably damage Bayer HealthCare and will continue to so damage Bayer HealthCare unless restrained by this Court; wherefore, Bayer HealthCare is without an adequate remedy at law.

WHEREFORE, Plaintiff Bayer HealthCare prays for judgment in its favor and against Defendants on Count II of it Complaint, for its actual damages, for injunctive relief, for its attorneys' fees, and for such other and further relief as this Court deems just and equitable in the circumstances.

**COUNT III**
**DILUTION IN VIOLATION OF SECTION 43(C) OF THE LANHAM ACT**

49.     Bayer HealthCare re-alleges Paragraphs 1 through 32, as if fully set forth herein.

50.     The ADVANTAGE mark is world-renowned.  It is a famous mark that is widely recognized by consumers, and that identifies the products of Bayer in the minds of consumers. Defendants' unauthorized use of the ADVANTAGE mark began after Bayer HealthCare's mark had become famous.

51.     Defendants' unauthorized use of the ADVANTAGE mark has, and will continue to have, an adverse effect upon the value and distinctive quality of the ADVANTAGE mark. Defendants' acts blur and whittle away at the distinctiveness and identity-evoking quality of the ADVANTAGE mark, and tarnish the reputation of the ADVANTAGE mark.

52.     Defendants' acts dilute the value of Bayer HealthCare's goodwill in connection with the ADVANTAGE mark and destroy the exclusive association between Bayer HealthCare and its ADVANTAGE mark.

53.     The aforementioned acts of trademark dilution have caused, and are causing, irreparable injury to Bayer HealthCare.  Unless enjoined by this Court, Defendants will continue

to dilute the value of the ADVANTAGE mark, causing further irreparable injury to Bayer HealthCare for which there is no adequate remedy at law.

54.     Defendants' aforesaid acts constitute dilution and tarnishment of Bayer HealthCare's famous ADVANTAGE mark and tarnishment of Bayer HealthCare's business reputation in violation of Section 43(c) of the Lanham Act, 15 U.S.C. Section 1125(c).

55.     On information and belief, Defendants' acts constituting dilution and tarnishment were and are intentional and willful.

56.     Defendants' acts constituting dilution and tarnishment greatly and irreparably damage Bayer HealthCare and will continue to so damage Bayer HealthCare unless restrained by this Court; wherefore, Bayer HealthCare is without an adequate remedy at law.

WHEREFORE, Plaintiff Bayer HealthCare prays for judgment in its favor and against Defendants on Count III of it Complaint, for its actual damages, for injunctive relief, for its attorneys' fees, and for such other and further relief as this Court deems just and equitable in the circumstances.

## COUNT IV
## FALSE DESIGNATION OF ORIGIN
### (15 U.S.C. SECTION 1125(a))

57.     Bayer HealthCare realleges Paragraph 1 through 32, as if fully set forth herein.

58.     Defendants' unauthorized use of the ADVANTAGE mark in connection with the advertising, marketing, distribution, or sale of its products falsely suggests that these products are connected with, sponsored by or affiliated with Bayer HealthCare.

59.     Defendants' unauthorized use of the ADVANTAGE mark constitutes a false designation of origin in violation of 15 U.S.C. Section 1125(a).

60.     The intentional nature of the aforementioned acts of Defendants makes this an exceptional case pursuant to 15 U.S.C. Section 1117(a).

61.     Bayer HealthCare has been, is now, and will likely be, irreparably injured and damaged by Defendants' false designation of origin and/or false description insofar as the public has been and/or is induced to believe that Defendants' products are connected with, sponsored by or affiliated with Bayer HealthCare.

62.     Defendants' conduct has damaged Bayer HealthCare and will, unless enjoined by the Court, further impair the value of Bayer HealthCare's name, reputation, and goodwill. This harm constitutes an injury for which Bayer HealthCare has no adequate remedy at law.

WHEREFORE, Plaintiff Bayer HealthCare prays for judgment in its favor and against Defendants on Count IV of it Complaint, for its actual damages, for injunctive relief, for its attorneys' fees, and for such other and further relief as this Court deems just and equitable in the circumstances.

## COUNT V
## VIOLATIONS OF FLORIDA'S DECEPTIVE AND UNFAIR TRADE PRACTICES ACT
## (FLA. STAT. § 501.201 ET SEQ.)

63.     Bayer HealthCare realleges and incorporates Paragraphs 1 through 32, as if fully set forth herein.

64.     Florida's Deceptive and Unfair Trade Practice Act ("FDUTPA") is found at Fla. Stat. § 501.201 *et seq.*

65.     One of the purposes of FDUTPA is to "protect the consuming public and legitimate business enterprises from those who engage in unfair methods of competition, or unconscionable, deceptive, or unfair acts or practices in the conduct of any trade or commerce." Fla. Stat. § 501.202(2).

66.   Bayer HealthCare is a "consumer" under FDUTPA, which defines "consumer" as "an individual; ... business; ... corporation; any commercial entity, however denominated; or any other group or combination." Fla. Stat. § 501.203(7).

67.   "Trade or commerce" means "advertising, soliciting, providing, offering, or distributing, whether by sale, rental, or otherwise, of any good ... or any other article, commodity, or thing of value, wherever situated." Fla. Stat. § 501.203(8).

68.   FDUTPA creates a private cause of action for Bayer HealthCare because "**anyone** aggrieved by a violation of this part may bring an action to obtain a declaratory judgment that an act or practice violates this part and to enjoin a person who has violated, is violating, or is otherwise likely to violate this part." Fla. Stat. § 501.211(1) (emphasis supplied).

69.   Bayer HealthCare has been aggrieved and damaged (and is substantially likely to be further aggrieved and damaged) by Defendants' unconscionable and deceptive acts with respect to their advertisements and sales of veterinary products that purport to be ADVANTAGE products intended for sale or distribution in the United States.

70.   Defendants' wrongful acts have caused and will continue to cause Bayer HealthCare irreparable harm. Bayer HealthCare has no adequate remedy at law.

71.   Bayer HealthCare is entitled to a judgment enjoining and restraining Defendants from engaging in further unconscionable and deceptive acts.

72.   Pursuant to FDUTPA, Bayer HealthCare is entitled to its actual damages and its attorneys' fees and costs. Fla. Stat. §§ 501.2105 and 501.211(2).

73.   Plaintiff Bayer HealthCare has retained the law firms of Steel Hector & Davis LLP and Polsinelli Shalton & Welte, PC to bring this action and has agreed to pay a reasonable fee for their legal services.

WHEREFORE, Bayer HealthCare prays for judgment in its favor and against Defendants on Count V of its Complaint, for its actual damages, injunctive relief, for its attorney's fees and costs, and for such other and further relief as this Court deems just and equitable in the circumstances.

## AS TO ALL COUNTS

Bayer HealthCare prays for judgment in its favor and against Defendants and for the following relief:

1.      Defendants, their officers, agents, servants, employees, and attorneys, their successors and assigns, and all others in active concert or participation with Defendants, be enjoined and restrained during the pendency of this action, and permanently thereafter, from the importation into, and the marketing, sale, or distribution in the United States, of unauthorized foreign diverted flea control preparations bearing Bayer HealthCare's ADVANTAGE mark;

2.      Defendants, and all others holding by, through or under Defendants, be required, jointly and severally, to:

a.      account for and pay over to Bayer HealthCare three times all profits derived by Defendants from their use of the ADVANTAGE mark and/or sale of Foreign Product pursuant to 15 U.S.C. Section 1117(a) and 15 U.S.C. Section 1117(b);

b.      pay to Bayer HealthCare treble the amount of all damages incurred by Bayer HealthCare by reason of Defendants' acts of infringement, unfair competition and dilution in accordance with 15 U.S.C. Sections 1117(a) and (b);

c.      pay to Bayer HealthCare the costs of this action, together with reasonable attorneys' fees, disbursement and interest, in accordance with 15 U.S.C. Section 1117(a)(3); Section 501.2105 Fla. Stat. (2003);

d.      deliver up for destruction all of the Foreign Product in their possession, as well as all advertising and promotional material bearing the ADVANTAGE mark, in accordance with 15 U.S.C. Section 1118;

e.      remove all references to Bayer and the ADVANTAGE mark on all of their websites, including, but not limited to, its two websites at the domain names www.petsitters.com and www.2ebay.com;

f.      send a letter by U.S. mail, the content of which shall be approved by Bayer HealthCare, to all of its customers who have purchased the Foreign Product stating that the Foreign Product must not be used and should be returned to Defendants, at Defendants' expense, for a full refund; and

g.      file with the Court and serve on Bayer HealthCare an affidavit setting forth in detail the manner and form in which it has complied with the terms of the injunction, in accordance with 15 U.S.C. Section 1116(a).

3.      Bayer HealthCare be awarded such damages, compensatory and exemplary, pre-judgment and post-judgment interest, costs of suit, and such other and further relief as this Court deems just and equitable in the circumstances.

Respectfully submitted,

STEEL HECTOR & DAVIS LLP

By: _____
PATRICIA E. LOWRY (#332569)
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-4307
(561) 650-7200
Fax No. (561) 655-1509

POLSINELLI SHALTON & WELTE
A PROFESSIONAL CORPORATION

CATHY J. DEAN, Esq.
ROBERT J. E. EDWARDS, Esq.
JENNIFER J. CHAPIN, Esq.
DANIEL R. ZMIJEWSKI, Esq.
700 West 47th Street, Suite 1000
Kansas City, Missouri 64112
(816) 753-1000
Fax No. (816) 753-1536

ATTORNEYS FOR PLAINTIFF
BAYER HEALTHCARE LLC

WPB_1998 444080v1

# EXHIBIT "A"

| Find A Sitter |
| Check Email |
| Message Board |
| Ask An Expert |
| Discussion |
| Conventions |
| Books |
| Pet Sitting Forms |



Questions For Pet Sitters?  ▼

Great System

# EZ Pet-Sitter

*Affordable online solution for managing your pet-sitting business*

*Visit us now for a 30 day FREE trial!*

**Web Based Bookkeeping**

Support Our
Advertisers



**Great Design Company**

Shipping INCLUDED



**Easy to apply**

**From $7.00 For a 4 Month Supply**

| Get Listed | Message Board | Find A Sitter | Discussion | Check Email | Books |
| Change Listing | FAQ | Expert Help | E-Mail | Web Hosting | |

*Please report any link problems*

☒

*List Your Products Here*

**We're Featured In**

300
INCREDIBLE
THINGS FOR PET LOVERS
ON THE
INTERNET

Available Now at Amazon.com

EXHIBIT

A



727-418-2589
St. Petersburg, Florida

**Counterfeit Warning (click for details)**



**$29.95**
**Contains 4 Tubes**

The number one flea control product in the world. Due to recent attacks by Bayer we can not tell you that all Advantage products are the same liquid. Bayer is a large pharmaceutical company and like all big drug companies they make a very large profit on packaging. This is the reason that a box of Advantage for kittens contains 1/10th of the liquid that is contained in one box labeled for large breed dogs. Of course you don't pay 1/10 the price for your kitten, you pay about the same as the person buying for their large breed dog.

However we feel if you can measure your own liquid cough medicine for a child then you are responsible enough to measure the correct dosage of Advantage for your pets. As a public service all our boxes of Advantage contain a FREE dose dropper and full instructions on how to measure the liquid contained in the tubes for any size pet. By doing this you can cut your costs tremendously. Each 4ml tube in the box has up to 10 monthly doses for a cat under 9 pounds. So 1 box actually contains 40 months of medication in this example. This is legal and a way to make health care affordable for multi-pet homes. Price INCLUDES standard shipping.

**Smaller size kits at rock bottom prices are below.**
 Buy now

 Click For More Info

Buy now $10.00
Single Tube of Advantage packaged for large breed dogs. This tube contains enough liquid for up to 10 doses. Read the PDF file for more information and dosage charts.

 Click For More Info

Advantage & FrontLine At ROCK BOTTOM PRICES



**$10.00**

The products below are the same medication as above. We just have done the pre measuring for you so you are assured the correct dose for your pets. The medication comes to you in sterile small disposable medication dispensers that make application a breeze. These kits are made just before shipping and we guarantee the product to be 9.1% w/v imidacloprid (Advantage) We have used the same procedure on our own pets since day one.
You save BIG money over normal retail price.
You will receive full instructions

Please note this is not factory packaged. Due to recent action by Bayer these pre-measured kits may be discontinued. We advise people that measuring your own dosage will give you more for your money. Measuring is very simple and we provide full instructions. By ordering one tube (above) you can get the following dosage.



10 months for 1 cat under 9 lbs
5 months for 1 cat 9 lbs and up

10 months for one dog under 11 lbs
4 months for one dog 11-20

See the PDF for full information and all dosage charts.

Advantage is NOT a controlled medication and no prescription is required from a licensed veterinarian or any other health care professional in the USA.

**Buy now** Kit For Cats And Kittens Under 8 LBS $7.00
Four Month Supply

**Buy now** Kit For Cats Over 9 LBS $12.00 Four Month Supply

**Buy now** Kit For Dogs 1-10 LBS $8.00 Four Month Supply

**Buy now** Kit For Dogs11-20 LBS $12.00 Four Month Supply

**Buy now** Kit For Dogs 21-55 LBS $21.50 Four Month Supply

**Buy now** Regular Package For Dogs 56LBS and up $29.95 Four Month Supply

**All Products INCLUDE FREE STANDARD DOMESTIC SHIPPING**



$29.95
Contains 3 Tubes

FRONTLINE TOP SPOT is a pre-mixed, pre-measured liquid that provides your pet with guaranteed protection against fleas and ticks. We only sell the large size but give you instructions on dosage so you can use one tube for multiple pets. This can save you BIG money as one tube is enough for 8 cats or 4 dogs. This is a three pack. Price INCLUDES standard shipping.
**Buy now** Bulk Or Big Dog Size 89 To 132 LBS

 Click For More Info



$12.50

FrontLine Top Spot single tube "kit".
This is a factory packaged tube of FrontLine flea and tick killer. This tube contains 4.02ml of liquid. Using our dosage tables in the PDF you can get up to 8 treatments from this tube. All kits come with full instructions, dosage syringe, and standard shipping is INCLUDED.

**Buy now**

 Click For More Info

**FRONTLINE TOP SPOT Kits**
The products below are the same medication as above. We just have done the pre measuring for you so you are assured the correct dose for your pets. The medication comes to you in sterile small disposable medication dispensers that make application a breeze. We have used the same procedure on our own pets since day one.
You save BIG money over normal retail price.
You will receive full instructions

Please note this is not factory packaged. Due to recent action by Merial these pre-measured kits may be discontinued. We only offer this option to those who may be vision impared or don't feel comfortable measuring the correct dose. We advise people that measuring your own dosage will give you more for your money. Measuring is very simple and we provide full instructions. By ordering one tube (above) you can get the following dosage.

**Dogs:**
Up to 22 lbs- 5 months
23-44 lbs- 3 months
See the PDF for full dosage information

**Cats:**
Under 9 lbs- 10 months
9 pounds & up 5 months

See the PDF for full information and all dosage charts.

FRONTLINE TOP SPOT is NOT a controlled medication and no prescription is required from a licensed veterinarian or any other health care professional in the USA.

**Buy now** Kit For All Cats

**Buy now** Kit For Dogs Up To 22 LBS

**Buy now** Kit For Dogs 23 To 44 LBS

**Buy now** Kit For Dogs 45 To 88 Pounds

**Buy now** Kit For All Cats

From $12.00

FrontLine Kits Contain 3 Tubes



$19.95

Great product for owners with limited ability due to chronic ailments to the hands, arms, or shoulders. Completely Adjustable - One size fits all! Great for Jogging or Walking in Open Areas! The extra long lead allows you and your pet to exit safely without the pet dragging you along! The extra clips allows you to secure your pet(s) to a stationary object in emergency situations. **Buy now**

Advantage & FrontLine At ROCK BOTTOM PRICES



Wheel-EEZE Pet Carriers is one of those "wish I had thought of it first" type of products. It has several uses, making your pet carrier easy to transport is just one of them. Be sure to check out the PDF file for pictures and many other uses. Shipped direct from the factory. (This is a wheel kit ONLY, pet carrier is not included) Buy now

$14.95

# Home

# Counterfeit Advantage and Frontine Warning

The Bayer company, makers of Advantage brand flea control and Merial, makers of FrontLine brand of flea and tick control (which are both multi-billion dollar drug companies) have in conjunction with the EPA made claims that up to 95% of the product sold outside of a licensed veterinarian in the USA are counterfeit. All of the products sold on this website are legally purchased from USA veterinarian supply houses. We have access to both USA labeled product and product labeled for sale in Australia. Like most drugs sold outside of the USA the products made for Australia cost less. USA consumers pay the bulk of all R&D for drugs and due to no price controls USA customers pay more for the same product. For years drug companies have let USA consumers make up for the discounts the rest of the world gets. This is the main reason Bayer is trying to restrict the import of this product. They see a loss of revenue and they don't like it. Personally I would feel more comfortable that product packaged for overseas is NOT counterfeit because I would think people making a fake product would want to represent a true USA packaged product to make the largest profit possible. (just my observation and thoughts, no proof of this)

The **ONLY** difference in the way the product is represented is that the Australian product is measured in KG. Both products have the **EXACT** same child resistant tubes, the **EXACT** same liquid, and the **EXACT** same dosage for your pets. If we sell any Australian packaged product it comes to you with the proper EPA required labels and instructions. **ALL** Advantage products are manufactured in Germany. **ALL** FrontLine products are manufactured in France **NO MATTER WHAT COUNTRY THEY ARE MADE FOR.** Bayer's claim that they sell "only to licensed veterinarians" is not the whole truth. They sell their product to licensed veterinarian supply distributors who in turn are free to sell to anyone they wish. Bayer did have an exclusive agreement with veterinarians the first three years the product was released, but that agreement is no longer in force. We buy from the same supply house as many veterinarians in the state of Florida. We pay the same price for our products as they do. We do not have the overhead that a veterinarian has and thus are able to pass the savings on to you. We will never sell outdated product, and we will never sell a counterfeit product. Our suppliers assure us that all products are legitimate and if they have been imported from Australia they have passed through customs who has very strict requirements on EPA registered insecticides. In other words fake products **WILL NOT GET PASSED US CUSTOMS TO OUR SUPPLY HOUSE.** Our suppliers are muti-million dollar businesses who will not risk losing their import license over illegal importation of counterfeit goods.

### Back to Purchase From Us



register | my profile | my bookmarks | my notifications | search | faqs

Show topics: [from past day ▾] [Go]

🗂 All Forums
  └🗂 Pet Sitting
    └🗂 Counterfeit Flea Meds                    Jump to: [Show All Forums ▾]

🗂 **Post Reply**

Bookmark This Topic | E-mail This Topic To A Friend                Previous Topic   Next Topic

| Author | Topic |
|--------|-------|

**Jim**
(Staff)

Posted: Tuesday, April 27, 2004 - 13:11                    📝 📄 (IP Logged)

Posts: 73
From: FL, USA
🔲 ◄ 🔲 🔷

Bayer, the maker of Advantage for dogs has issued warnings in
conjunction with the EPA claiming that any Advantage products not
purchased from a licensed veterinarian are either counterfeit or are
illegally imported from other countries and not made for pets in the USA.

While I can't speak for the counterfeit claim I can shed light on the import
stuff sold by many online sellers. All of the overseas Advantage I have
seen has been packaged for sale in Australia. It contains instructions in
english and the EXACT same tubes that the USA packaged product has.
The only difference is the weights are in KG and not pounds. However ALL
overseas product that I have sold in this country was imported legally and
has been relabeled to the USA standard. The reason you can buy it for
less is because right now the Australian dollar is weak against the USA
dollar and like ALL RX medication we in the USA support the rest of the
world when it comes to R&D. To claim that the liquid is different for a cat
or dog in other parts of the world than what is manufactured for USA
distribution is total nonsense. Remember Bayer Pharmaceuticals is a
multibillion dollar drug company. They want to make money on
packaging. There is no reason a box of Advantage for cats under 9
pounds should cost about the same as a box for 55 pound and up dogs.
You are getting 1/10th the amount of liquid but the price is not anything
close to 1/10th the cost for your cats as it is for dogs. Consider this,
Bayer makes a product for flea hoppers in cotton. It is the exact same
chemical as used for flea meds but is sold in a 90% solution and costs
around $300.00 for a gallon. If you take that gallon and dilute to 9.1%
which is the strength of Advantage you end up with over 10 gallons of
liquid. Based on the retail price of Advantage that one gallon is worth well
over ONE MILLION DOLLARS. Think about that next time you buy a box of
Advantage from your supplier. It is no wonder Bayer is spreading the
myth that anyone other than a licensed vet is selling illegal product.
Where do they think all the online stores get the product? We all buy it
from licensed veterinarian supply companies. There is no law that says
these companies can't sell to anyone but a licensed vet. Advantage is NOT
a prescription medication in the USA. Save your money and buy from
whoever has the lowest price and stands behind the product.

Edited by Jim on Wednesday, April 28, 2004 - 11:13:31 AM

**KJ**
(Newbie)

Posted: Wednesday, April 28, 2004 - 09:53          (IP Logged)

Posts: 1
From: Ohio,
Registered: 4/28/2004
9:46:29 AM

Good Post Jim, very informative. I took two of my cats to the vet last night for annual vaccinations and notice Posters the vet had up with the same type of warning. Also warned against buying over the Internet. Seems like many people are bringing in the bucks for the flea meds!! KJ

**Jim**
(Staff)

Posted: Wednesday, April 28, 2004 - 11:27          (IP Logged)

Posts: 73
From: FL, USA

Good example is 1800petmeds. They are a publicly traded company and the price today for a box of 4 tubes of Advantage is 40.99 PLUS 3.99 for shipping bringing the total to almost $45.00. What a deal! If that is less than a vet charges I would be surprised. I would expect they pay less than I do for the same box because of the volume they do so I know for a fact they are making over 100% on each box. Vets in Florida pay around $22.00 for a 4 tube box, which is close to what I pay. I provide free shipping, a dose syringe to measure the correct amount needed for any pet, and full instructions. I am a target of the new assult by Bayer who hates that the public knows how much they are being ripped off. In a letter from Bayer they demaded I send them all of my Advantage in stock. They will not pay for it, and they want me to sign a paper telling them I will not sell in the future, give them all the info on my supply house, provide all my receipts, and turn over all profits. Yeah, like that is going to happen in my lifetime. Well they didn't demand it from me, they demanded it from my little dog who is the registered owner of the site I use to sell product. She can't read so I read it to her and she just ran to get her squeek toy to play a game of fetch with so I think that means no!

Edited by Jim on Wednesday, April 28, 2004 - 11:29:12 AM

**horseandhound**
(Junior Member)

Posted: Wednesday, April 28, 2004 - 22:20          (IP Logged)

Posts: 24
From: Cleveland, OH, USA
Registered: 1/2/2004
9:44:43 AM

Hey Jim - Can you send them a picture of your little dog's paw with her middle toe sticking up? Michelle

**Angels Pampered Pets**
(Newbie)

Posted: Sunday, May 09, 2004 - 10:31          (IP Logged)

Posts: 14
From: TN, USA
Registered: 12/18/2003 10:12:43 AM

I have ALOT of customers that like the Frontline + instead of just the Topspot.

Is the formula different? I am also having a difficult time in trying to convience them that it IS all the same stuff. They are reluctant to buy it. Any suggestions?? I want to post a flyer up (I have a little booth in one of the flea mkt/mini malls)about conterfiet flea meds but not sure what to post. There is another vendor that IS selling them (the counterfiet ones). HELP!!

**Jim**

Posted: Tuesday, May 11, 2004 - 18:04          (IP Logged)

(Staff)

Posts: 73
From: FL, USA

If anyone is selling fakes they are not going to admit it. Like I said there is huge difference between counterfeit products and overseas product. I sell the overseas almost all the time. I have access to what is packaged for USA retail and it costs about $4.00 more per box. While I could switch I don't plan on doing so until I am forced as there is NO difference in the products other than the labels.

As far as the difference between top spot and plus Frontline my argument is this. The ONLY difference between the two is plus claims to kill flea eggs. Very few if any flea eggs are on the pets. The eggs are in your carpet and the cracks in the floor. If the pets are treated with plain old top spot that kills adults what is the problem? After the first hatching there will be no more fleas to lay eggs anyway. Just a marketing gimmick is all the plus is in the big picture.

Bayer is really gearing up the counterfeit warning crap this past month. I suspect because the vets are pissed about the internet sellers like 800-petmeds and the fact that the big pet store chains now have it in stock and sell for 1/3 to 1/2 less than they do. People like me who go even further and give out free dosage syringes and dose charts that allow people to get up to 3+ years of treatments from one box have to piss them off even more. Ain't capitalism great! 😊

Previous Topic   Next Topic

Post Reply

Admin/Moderator: Thread Management

Thanks to Inklein for providing the servers, programming and maintenance that keep this board running.
This board will always remain pop-up free. We will never charge for membership or sell personal information.
If you'd like to help defray the cost of keeping this service running your donation will be greatly appreciated. Thanks!!!

Make a Donation